IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---

KELLY MONDE, Individually, and as
Administrator of the Estate of
MICHAEL GIRARD,

                        Plaintiff,

v.

TIMOTHY B. HOWARD, as ERIE COUNTY
SHERIFF, COUNTY OF ERIE, ERIE COUNTY
SHERIFF'S DEPARTMENT, ERIE COUNTY
SHERIFF'S OFFICE, JOHN DOES, Erie County
Sheriff's Deputies,

                        Defendants.

**STIPULATED ORDER**

Civil Action No.: 1:19-cv-00673

---

      WHEREAS this matter was originally filed in New York State Supreme Court and defendants then removed it to federal court based on the federal question, and

      WHEREAS this Court on March 11, 2024 granted defendants' motion for summary judgment (Doc 48) and dismissed claims against the JOHN DOE defendants and plaintiff's Federal Constitutional claims, and

      WHEREAS judgment in a civil case was entered upon such decision and order (49), and

      WHEREAS this Court declined to exercise supplemental jurisdiction over the state law claims (48, p. 15-16), it is hereby:

      STIPULATED by counsel for the parties that the state claims be remanded to Erie County Supreme Court (Index #8563/2019) for further proceedings.

_____
Samuel J. Capizzi, Esq.
COLLINS & COLLINS ATTORNEYS, LLC
*Attorneys for Plaintiff*
267 North Street
Buffalo, New York 14201

_____
Erin E. Molisani, Esq.
Assistant County Attorney
95 Franklin Street, Room 1634
Buffalo, New York 14202

SO ORDERED:

_____ 7/10/2024
Jeremiah J. McCarthy
United States Magistrate Judge